IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SAN MIGUEL PROPERTY, LLC**, a
**Delaware limited liability company,**

    Plaintiff,

v.                                                                    No. 1:19-cv-00950-KG/KK

**OFFICE MAX NORTH AMERICA, INC.,**
**an Ohio corporation,**

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Motion to Dismiss of the Plaintiff, San Miguel Property, LLC, and Defendant, OfficeMax North America, Inc., to dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41, the Court having reviewed said Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and all claims and causes which could have been brought against Defendant, OfficeMax North America, Inc., are hereby dismissed with prejudice. All parties shall bear their own costs.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

BUTT THORNTON & BAEHR PC

*/s/ Phillip W. Cheves*
Phillip W. Cheves
Holly E. Armstrong
PO Box 3170
Albuquerque, NM  87190-3170
Telephone:  (505) 884-0777
pwcheves@btblaw.com
hearmstrong@btblaw.com
*Attorneys for Defendant*
*OfficeMax North America, Inc.*

and

SOMMER KARNES & ASSOCIATES, LLP

*/s/Karl H. Sommer – approved via email 7/24/20*
Karl H. Sommer
Sommer Karnes & Associates, LLP
*Attorney for Plaintiff San Miguel Property, LLC*
P. O. Box 2476
Santa Fe, NM  87504
Telephone:  (505) 989-3800
khs@sommerkarnes.com